To the Hono[rd] County Court now sitting in Boston July: 29th 1679.

Joseph Rock his petition and Request for the Chancery of his Bond given to m[rs] Frankes.

Wherein hee cannot but own & acknowledge his great rashness & inconsiderateness in becomming bound for such a loose person as Eliott, and so much a Stranger to him, Neither can hee but take notice of m[rs] Frankes great ingratitude to the Town and Court the granters of her Licence in assigneing of the same to such an one as neither Court nor Town would approve of and by which meanes principally I am drawn into such a Snare: Now hee humbly intreats yo[r] Hono[rs] to consider that his Obligation is for one hundred and twenty pounds, and in the condition of the Obligacion there is some brewing Vessels and other Lumber that are to bee returned or made good to m[rs] Frankes; now m[r] Simeon Stoddard in behalfe of m[rs] Frankes hath received the greatest part of these things & my engagement to make all the rest good, So that there is onely Forty pounds which was to bee paid for the Licence, of which Five pound is already paid as is fully made appear m[rs] Frankes did assigne this Licence for one whole year, and the same power that granted the Licence to m[rs] Frankes tooke it away from her Assignee before one whole halfe year was expired, and at another Court as I remember declared all persons that Sold drinke by Virtue of the Assignem[t] of a Licence were presentable as Law breakers and accordingly were presented So that there cannot bee due to m[rs] Frankes by the aboves[d] bond above ten or Fifteen pounds at the most.

Yo[r] petition[r] therefore humbly intreats the favour of yo[r] Hono[rs] to consider the pu[r]misses and to Chancery his bond to such a Summe as yo[r] Hono[rs] in justice and Equity see meet, considering that what hee is Iudged to pay wilbee wholy in his own wrong hee never being like to have the value of two pence repaid again. So shall hee ever pray. &c[a]

Still unsatisfied after the chancering, Rock appealed, his lengthy reasons (S. F. 1965.5) containing principally complaints against the looseness of his partner Eliot and the grasping nature of the widow Frankes, to which the widow's attorney replied (S. F. 1965.6) with a disparagement of "m[r] Rockes frivulous Assertions."

The Court of Assistants (Records, i. 142) confirmed the judgment of the County Court, with 37s 8d costs. But Rock began another action in the session of January, 1680/81, which had the same result, both before the County Court (S. F. 1965.2 and 25900), and upon appeal (Records of the Court of Assistants, i. 180–81).]

## DEWER cont[a] NEALE

Thomas Dewer plaint. cont[a] Andrew Neale Defend[t] The plaint. withdrew his Action.

## BRIDGHAM cont[a] PAINE &c[a]

Ionathan Bridgham plaint. cont[a] Moses Paine Sen[r] Daniel Turell Sen[r] as Adm[rs] to the Estate of Iohn Clear Iunio[r] late of Boston